## SUPREME COURT.

### SHEARMAN agt. COMAN.

Where the plaintiff assigns the demand in suit absolutely, the court, on the motion of the defendant, will order that the complaint be dismissed unless the assignee be substituted as plaintiff of record.

*Oswego Special Term, February*, 1862.

THE defendant, on proof that the plaintiff had assigned the demands in suit absolutely to one Ballou, and on notice of motion given by the defendant's attorneys to the plaintiff's attorneys, moved for an order requiring the substitution of Ballou as plaintiff of record.

CHARLES TRACY, *for the defendant, cited Code of Procedure*, (§§ 111, 113, 121, 303, 321, 274;) *Story's Eq. Pl.*, (§ 349;) *Mitford's Pl.*, (65;) *Sedgwick* agt. *Cleveland*, (7 *Paige*, 287, 289, 290;) *Garr* agt. *Gomez*, (9 *Wend.*, 649–654;) 2 *R. S.*, (619, § 44;) *Sess. L.* 1847, (*ch.* 390, *p.* 421.)

C. H. DOOLITTLE, *for the plaintiff.*

ALLEN, Justice, granted the motion, and directed the entry of an order that the complaint be dismissed and judg-

ment be given for the defendant, with costs of the action, unless the assignee, Ballou, be substituted in the place of Shearman as plaintiff of record, within twenty days, and that in the meantime, and until such substitution, all proceedings on the part of the plaintiff be stayed.